ORIGINAL

FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0529

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0529

FILED

NOV 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

GARY LEE ADAMS,

Petitioner,

v.

ORDER

CAPTAIN JAMES ANDERSON,

Respondent.

Gary Lee Adams has filed a Petition for a Writ of Habeas Corpus, indicating that his bail is excessive and that he is being incarcerated illegally. Adams requests his release and dismissal of the charges. Adams is currently held in the Gallatin County Detention Center.

Upon review of the attachments Adams includes with his Petition, he has pending criminal charges in the Eighteenth Judicial District Court, Gallatin County. He also includes copies of dismissed charges or cases arising in the States of Washington and Idaho, respectively. On June 18, 2020, the State of Montana charged Adams with felony burglary (partner or family member assault), or alternatively felony burglary, misdemeanor partner or family member assault, misdemeanor criminal mischief, and misdemeanor obstructing a peace officer. The District Court granted leave for the information to file on that day.

Adams raises the issue of bail which is appropriate for habeas corpus relief. This Court may consider the issue of want of bail pursuant to Montana statutes. *See* §§ 46-22-101(1) and -103, MCA. Adams, however, also argues about why he has been wrongly charged, the sufficiency of the charging documents, and an alleged illegal search and seizure of his vehicle. It is not our jurisdiction to consider the other arguments Adams advances.

We secured a copy of the District Court's docket along with copies of several minute entries. Adams has counsel to represent him, and he has had at least two hearings on a bail reduction. Adams had his initial appearance on June 24, 2020, when bail was set at $35,000. On July 14, 2020, Adams and his counsel appeared for a bail reduction hearing, and the court denied his request, noting that his bail may be lowered upon proof of residency and supervision in Idaho. At a September 29, 2020 hearing, Adams's counsel stated that Adams could have supervised testing in Pocatello, Idaho, and requested that he be released on his own recognizance. The minute entry mentioned that Adams had a Federal indictment. A follow-up status hearing was held on October 13, 2020. The minute entry reflects that Adams has a Federal hold and that his bond is set at $35,000. The court noted that when the Federal hold was lifted, then it may consider a bond reduction.

Adams is not entitled to release. He is represented by counsel who has sought his release either through a bail reduction or on his own recognizance. His present counsel endeavors to work on his behalf, seeking such relief. We note that Adams has also filed a *pro se* petition with this Court. Only counsel should file motions and papers with the Courts on Adams's behalf. M. R. App. P. 10(1)(c). Courts may properly refuse to accept *pro se* pleadings from defendants who are adequately represented by counsel. *State v. Samples*, 2005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191.

Adams has not demonstrated illegal incarceration. The other relief that Adams has requested is outside the scope of habeas corpus. Section 46-22-101(1), MCA. Therefore,

IT IS ORDERED that Adams's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to Bradley D. Bowen, Deputy County Attorney; to Anne DeWolf, Attorney for Defendant; to counsel of record; to Captain James Anderson, and to Gary Lee Adams personally.

DATED this 17 day of November, 2020.

_____
Chief Justice

2

_____

_____

_____

_____
Justices